UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| RICHARD DE GAETANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-08-294-B-W |
| | ) | |
| JOHN J. LAPINKSI and | ) | |
| LINDA S. LAPINSKI, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed April 16, 2009, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Motion for Summary Judgment (Docket # 33) be and hereby is GRANTED. Judgment shall be entered for the Plaintiff in the amount of $153,165.03, plus post-judgment interest, attorney fees, and costs.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 6th day of May, 2009