UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| RICHARD DE GAETANO, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 1:08-cv-00294-JAW |
| JOHN J. LAPINSKY, et al., | ) | |
| Defendants, | ) | |
| and | ) | |
| DIGGA DOWNEAST, LLC | ) | |
| Trustee. | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed June 6, 2011 (Docket # 91), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Emergency Motion for Contempt and Other Relief (Docket # 84) be and hereby is GRANTED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 28th day of June, 2011