UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| RICHARD DE GAETANO, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:08-cv-00294-JAW |
| JOHN J. LAPINKSI, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed December 22, 2011, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Second Motion for Attorney Fees (Docket # 95) be and hereby is DENIED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 10th day of January, 2012